# United States Court of Appeals
## for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**
June 14, 2022

Lyle W. Cayce
Clerk

No. 21-50529
Summary Calendar

---

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Ledezma-Madrid,

*Defendant—Appellant*,

consolidated with

_____

No. 21-50531

_____

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Armando Ledezma-Madrid,

*Defendant—Appellant*.

No. 21-50529
c/w No. 21-50531

---

Appeals from the United States District Court
for the Western District of Texas
USDC No. 4:20-CR-545-4
USDC No. 4:20-CR-594-1

---

Before SOUTHWICK, OLDHAM, and WILSON, *Circuit Judges*.

PER CURIAM:*

Robert Bell, court-appointed counsel representing Luis Ledezma-Madrid on appeal, has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967). Ledezma-Madrid has not filed a response.

We have reviewed counsel's brief and the relevant portions of the record reflected in it. We concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities in this case, and the appeals are DISMISSED. *See* 5TH CIR. R. 42.2.

---

* Pursuant to 5TH CIRCUIT RULE 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIRCUIT RULE 47.5.4.